849 F.2d 602
 McClain (Robert L.)
v.
Caputo (William L.), Timko (Joseph R.), Orr (Samuel J., IV),
Bell (Keith E.), Epstein (James P.), Wherry (Michael J.),
Palumbo (Angela), Franklin (Carolyn), Sims (James),
Messersmith (Daniel), Zippay (Albert), Tamber (Frank J.),
Mason (William H.), Tesone (Robert J.), Hersh (Charles S.),
Dobson (Thomas R.), Sebestyn (Joseph R., Jr.)
 NO. 88-3042
 United States Court of Appeals,
Third Circuit.
 MAY 13, 1988
 
 Appeal From: W.D.Pa.,
 Simmons, J.
 
 
 1
 AFFIRMED.